**FILED**
June 23, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,         )
                                  )    Case No. MAG. 11-0174-EFB
           Plaintiff,             )
v.                                )
                                  )    ORDER FOR RELEASE OF
JONATHAN AUSTIN,                  )    PERSON IN CUSTODY
           Defendant.             )
                                  )
_____)

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release JONATHAN AUSTIN, Case No. MAG. 11-0174-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

____ Release on Personal Recognizance

_X_ Bail Posted in the Sum of: $50,000.00.

    _X_ Co-Signed Unsecured Appearance Bond

    ____ Secured Appearance Bond

    _X_ (Other) Conditions as stated on the record.

    ____ (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  6/23/2011  at 3:00 pm

By  _____
Edmund F. Brennan
United States Magistrate Judge